44 So.2d 786

### James RUMP v. STATE.
### 4 Div. 597.

Supreme Court of Alabama.
March 2, 1950.

Walters & Gibson, of Troy, for petitioner.

A. A. Carmichael, Atty. Gen., and M. Roland Nachman, Jr., Asst. Atty. Gen., opposed.

LIVINGSTON, Justice.

Petition of James Rump for certiorari to the Court of Appeals to review and revise the judgment and decision of that court in the case of Rump v. State, 44 So.2d 785.

Writ denied.

All justices concur, except GARDNER, C. J., not sitting.